# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1003**
**CAF 14-01301**
PRESENT: SCUDDER, P.J., SMITH, LINDLEY, VALENTINO, AND WHALEN, JJ.

---

IN THE MATTER OF JOHN A. SABATINO,
PETITIONER-APPELLANT,

V                                                          ORDER

CHRISTINE M. AUSMAN, RESPONDENT-RESPONDENT,
AND KAYLA FARMER, RESPONDENT.

---

JEREMY D. ALEXANDER, UTICA, FOR PETITIONER-APPELLANT.

MARIAN J. CERIO, CANASTOTA, FOR RESPONDENT-RESPONDENT.

PAUL A. NORTON, ATTORNEY FOR THE CHILD, CLINTON.

---

Appeal from an order of the Family Court, Oneida County (Joan E. Shkane, J.), entered June 10, 2014 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition.

Now, upon reading and filing the stipulation of discontinuance signed by appellant on June 2, 2015, by the attorneys for the parties on June 2 and 16, 2015, and by the Attorney for the Child on June 9, 2015,

It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered:  October 2, 2015                    Frances E. Cafarell
                                             Clerk of the Court